IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PETER DAVILA,

      Appellant,

v.
                                            Case No.  5D22-652
                                            LT Case Nos. 2016-CF-000505
                                                                  2019-CF-000280

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed February 22, 2023

3.850 Appeal from the Circuit Court
for Hernando County,
Daniel B. Merritt, Jr. , Judge.

Peter Davila, Bonifay, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Alyssa M. Williams, Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and HARRIS, JJ., concur.